UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| [Plaintiff] | : |
| ZIYAO JIANG | : |
| 5628 138th St, Flushing, NY 11355 | : |
| vs. | :CASE NO: |
| [Defendant] | : |
| PIECE OF CAKE MOVING & STORAGE | : |
| 405 Lexington Ave, Suite 740, New York, NY 10174 | : |

COMPLAINT

1. See NYED #24-cv-6465,  [24-cv-6465 MOTION FOR PROTECTIVE ORDER-9] Point-6.

2. See screen shots, 2025/04/30, 13:51:25, Defendant stalks me again on cyber and threat again.

3. Due to Defendant' suspicious crime at Plaintiff, I claims $1,800,500 compensation totally, includes compensation for murder, rob; lost of investment, job, career, business and ID, mental loss; stalking, threat.

Apr 30, 2025

*Ziyao Jiang*

/s/[ZIYAOJIANG]

4658 157th St, Flushing, NY 11355

TEL: 646-425-4765

555ziyaojiang@gmail.com

